IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:15-CV-071-RLV-DCK

| | |
|---|---|
| BETTY ADAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MEDTRONIC MINIMED, INC., a Delaware ) | |
| corporation; MEDTRONIC, INC., a ) | |
| Minnesota corporation; CONVATEC, INC., ) | |
| a Delaware corporation; and DOES 1 ) | |
| through 100, inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 19) filed by Gregory W. Brown, concerning Leslie J. Suson on September 18, 2015. Ms. Leslie J. Suson seeks to appear as counsel *pro hac vice* for Defendant ConvaTec, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 19) is **GRANTED.** Ms. Leslie J. Suson is hereby admitted *pro hac vice* to represent Defendant ConvaTec, Inc.

**SO ORDERED**.

Signed: September 21, 2015

David C. Keesler
United States Magistrate Judge