IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:15-CV-071-RLV-DCK

| | |
|---|---|
| BETTY ADAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ORDER ) |
| MEDTRONIC MINIMED, INC., a Delaware corporation; MEDTRONIC, INC., a Minnesota corporation; CONVATEC, INC., a Delaware corporation; and DOES 1 through 100, inclusive, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 27) filed by Todd A. King, concerning Daniel Scott Aberson on October 19, 2015. Mr. Daniel Scott Aberson seeks to appear as counsel *pro hac vice* for Defendants Medtronic MiniMed, Inc. and Medtronic, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 27) is **GRANTED.** Mr. Daniel Scott Aberson is hereby admitted *pro hac vice* to represent Defendants Medtronic MiniMed, Inc. and Medtronic, Inc.

**SO ORDERED.**

Signed: October 19, 2015

David C. Keesler
United States Magistrate Judge