**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CIVIL ACTION NO. 5:15-CV-071-RLV-DCK**

| | |
|---|---|
| **BETTY ADAMS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **MEDTRONIC MINIMED, INC.;** ) | |
| **MEDTRONIC, INC.; and** ) | |
| **DOES 1 through 100, inclusive,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Stipulation To Stay Case Pending Global Mediation" (Document No. 39) filed December 28, 2016. The Court construes this filing as a joint motion, and it has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b). Having carefully considered the motion and the record, and noting agreement of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Stipulation To Stay Case Pending Global Mediation" (Document No. 39) is **GRANTED**.

**IT IS FURTHER ORDERED** that:

1. The case is **STAYED** until **July 10, 2017**;

2. All scheduled deadlines, hearing dates, and trial dates in this case are stayed six months from their currently scheduled dates;

3. On or before **July 10, 2017**, Plaintiff and Medtronic MiniMed, Inc. and Medtronic, Inc., shall make a joint filing, which will either:

a. Inform the Court that the parties have reached a settlement and stipulate to dismissal of all claims against Medtronic MiniMed, Inc. and Medtronic, Inc. with prejudice; or

b. Inform the Court that the parties have not reached a settlement, and that both Plaintiff and Defendants are adhering to the postponed scheduling dates, and anticipate being prepared for trial in June 2018.

**SO ORDERED**.

Signed: January 3, 2017

David C. Keesler
United States Magistrate Judge