UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:15-CV-00071-RLV-DCK

| | |
|---|---|
| BETTY ADAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MEDTRONIC MINIMED, INC. a ) | |
| Delaware corporation; MEDTRONIC, ) | |
| INC., a Minnesota corporation; and DOES ) | |
| 1 through 100, inclusive, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**

THIS MATTER comes before the Court upon the parties' Stipulation of Dismissal with Prejudice, which comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby dismissed by operation of Rule 41, on the terms agreed to and set out by the parties, each party to pay their own costs and fees.

The Clerk of the Court is directed to close this case.

Signed: September 26, 2017

Robert J. Conrad, Jr.
United States District Judge